IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PETER TERENCE RUSS,

    Plaintiff,

v.                                   CASE NO. 5:12-cv-308-MW/EMT

FEDERAL BUREAU OF
INVESTIGATIONS,

    Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 28, filed March 18, 2013. The Court has also reviewed *de novo* Plaintiff's Motion to Disagree to Recommendation, ECF No. 30, filed March 21, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The Clerk shall enter judgment stating, "This cause is **DISMISSED** for lack of jurisdiction due to Plaintiff's failure to raise a non-frivolous federal

claim." The Clerk shall close the file.

SO ORDERED on March 28, 2013.

s/Mark E. Walker  
United States District Judge